# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150457

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                            SC: 150457
                            COA: 321158

JEFFREY HAWKINS,
       Defendant-Appellant.
                            Oakland CC: 2012-240470-FH

_____/

      On order of the Court, the application for leave to appeal the September 22, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



d1214

                            Clerk